IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Smith Sr, Jeffery J | Case Number: 07 B 19175 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/10/08 | Filed: 10/17/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 30, 2008
Confirmed: December 13, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,020.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 959.64 |
| Trustee Fee: | | 60.36 |
| Other Funds: | | 0.00 |
| Totals: | 1,020.00 | 1,020.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 959.64 |
| 2. | Asset Acceptance | Unsecured | 42.45 | 0.00 |
| 3. | Peoples Energy Corp | Unsecured | 76.71 | 0.00 |
| 4. | Illinois Dept Of Employment Sec | Unsecured | 189.20 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 596.00 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 415.56 | 0.00 |
| 7. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 8. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 9. | Midland Credit Management | Unsecured | | No Claim Filed |
| 10. | Corporate America Family CU | Unsecured | | No Claim Filed |
| 11. | AR Resources | Unsecured | | No Claim Filed |
| 12. | Credit Protection Association | Unsecured | | No Claim Filed |
| | | | $ 4,783.92 | $ 959.64 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 29.16 |
| 6.5% | 31.20 |
| | $ 60.36 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Smith Sr, Jeffery J | Case Number:  07 B 19175 |
| | Judge:  Wedoff, Eugene R |
| Printed: 12/10/08 | Filed:  10/17/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

